**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*  _____

Chapter you are filing under:
☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Davon**<br>First name<br><br>**Jermell**<br>Middle name<br><br>**White**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Darrin White**<br>**Devin White**<br>**Deven White** | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3527 | |

Debtor 1  **Davon Jermell White** _____  Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____ <br> EIN | _____ <br> EIN |
| **5. Where you live** | **6120 Flight Avenue** <br> **Los Angeles, CA 90056** <br> Number, Street, City, State & ZIP Code <br><br> **Los Angeles** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number, Street, City, State & ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Davon Jermell White** _____  Case number *(if known)* _____

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Davon Jermell White**                                Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.  What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

_____
Number, Street, City, State & Zip Code

Debtor 1   **Davon Jermell White**                                              Case number *(if known)*

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**About Debtor 1:**

*You must check one:*

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

- ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

    Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

    Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

    To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

    Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
    If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

    Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

    - ☐ **Incapacity.**
        I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    - ☐ **Disability.**
        My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    - ☐ **Active duty.**
        I am currently on active military duty in a military combat zone.

    If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

    Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

    Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

    To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

    Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

    If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

    Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

    - ☐ **Incapacity.**
        I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    - ☐ **Disability.**
        My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    - ☐ **Active duty.**
        I am currently on active military duty in a military combat zone.

    If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Davon Jermell White** _____   Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_/s/ Davon White_____        _____
**Davon Jermell White**                           Signature of Debtor 2
Signature of Debtor 1

Executed on  **May 28, 2024**                    Executed on  _____
             MM / DD / YYYY                                    MM / DD / YYYY

Debtor 1    **Davon Jermell White** _____    Case number *(if known)* _____

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

/s/ Stella Havkin.    Date    **May 28, 2024**
Signature of Attorney for Debtor        MM / DD / YYYY

**Stella Havkin**
Printed name

**Havkin and Shrago**
Firm name

**5950 Canoga Avenue**
**Suite 400**
**Woodland HIlls, CA 91367**
Number, Street, City, State & ZIP Code

Contact phone  (818) 999-1568    Email address    **stella@havkinandshrago.com**

**134334 CA**
Bar number & State

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 7

**Fill in this information to identify your case:**

Debtor 1: **Davon Jermell White**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known):

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**American Express**
P.O. Box 297871
Fort Lauderdale, FL 33329

What is the nature of the claim?  **Credit Card**    **$1,716,761.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)

Value of security:    -
Unsecured claim

Contact
(800) 874-2717
Contact phone

**2**
**Ally Financial**
Attn: Bankruptcy
P.O. Box 380901
Minneapolis, MN 55438

What is the nature of the claim?  **Repossession Deficiency**    **$123,393.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No

Debtor 1  **Davon Jermell White**                    Case number *(if known)*

Contact                    ☐ Yes. Total claim (secured and unsecured)

**(800) 874-2717**                    Value of security:    -
Contact phone                    Unsecured claim

---

**3**

**University Credit Union**
**Attn: Bankruptcy**
**1500 S Sepulveda Blvd.**
**Los Angeles, CA 90025**

What is the nature of the claim?    **Judgment**    $109,184.28

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured)    $109,184.28

Value of security:    - $3,916,700.00
Unsecured claim    $109,184.28

Contact

Contact phone

---

**4**

**BMW Financial Services**
**5515 Parkcenter Drive**
**Dublin, OH 43017**

What is the nature of the claim?    **Auto Lease**    $107,525.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security:    -
Unsecured claim

Contact

Contact phone

---

**5**

**Discover Bank**
**502 E. Market Street**
**Greenwood, DE 19950**

What is the nature of the claim?    **Credit Card**    $91,327.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security:    -
Unsecured claim

Contact

Contact phone

---

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | |

### 6

**JPMCB Card**
**P.O. Box 15369**
**Wilmington, DE 19850**

**What is the nature of the claim?**  **Credit Card**  $75,903.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

Contact

Contact phone

### 7

**Wells Fargo**
**Office of General Counsel**
**21680 Gateway Center Drive**
**Suite 280**
**Diamond Bar, CA 91765**

**What is the nature of the claim?**  **Judgment**  $60,642.40

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☒ Yes. Total claim (secured and unsecured)  $60,642.40
  - Value of security:  - $3,916,700.00
  - Unsecured claim  $60,642.40

Contact

Contact phone

### 8

**Logix Federal Credit Union**
**27918 Franklin Parkway**
**Valencia, CA 91355**

**What is the nature of the claim?**  **Judgment**  $44,947.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)  $44,947.00
  - Value of security:  - $3,916,700.00
  - Unsecured claim  $44,947.00

Contact

Contact phone

### 9

**Navy Federal Credit Union**
**c/o Silverman Theologu LLP**
**11630 Chayote Street**
**Suite 3**
**Los Angeles, CA 90049**

**What is the nature of the claim?**  **Judgment**  $40,586.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Debtor 1    **Davon Jermell White**                                    Case number *(if known)*

|  | | |
|---|---|---|
| Contact | | |
| Contact phone | | |

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured)    $40,586.00
   Value of security:    - $3,916,700.00
   Unsecured claim    $40,586.00

---

**10**

**WF HIL 2017-2 Grantor Trust**
**P.O. Box 795489**
**Dallas, TX 75379-5489**

What is the nature of the claim?    **UCC-1**    $40,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured)    $40,000.00
   Value of security:    - $2,312,800.00
   Unsecured claim    $40,000.00

Contact
Contact phone

---

**11**

**FCC Finance**
**16479 Dallas Parkway**
**Suite 260**
**Addison, TX 75001**

What is the nature of the claim?    **Installment Account**    $33,077.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:    -
   Unsecured claim

Contact
Contact phone

---

**12**

**Los Angeles County**
**Child Support Services**
**5500 South. Eastern Avenue**
**Los Angeles, CA 90040**

What is the nature of the claim?    **Child Support**    $12,884.81

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:    -
   Unsecured claim

Contact
Contact phone

---

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | |

### 13

**CBNA**
**50 Northwest Point**
**Elk Grove Village, IL 60007**

**What is the nature of the claim?**    **Credit Card**    **$4,671.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:    -
  - Unsecured claim

Contact

Contact phone

### 14

**State of California**
**Franchise Tax Board**
**P.O. Box 942867**
**Sacramento, CA 94267-0011**

**What is the nature of the claim?**    **Taxes**    **$4,640.47**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☒ Yes. Total claim (secured and unsecured)    **$4,640.47**
  - Value of security:    -  **$2,312,800.00**
  - Unsecured claim    **$4,640.47**

Contact

Contact phone

### Part 2:  Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X *[signature]*                                    X _____
**Davon Jermell White**                           Signature of Debtor 2
Signature of Debtor 1

Date    05/28/2024                                Date

```
Davon Jermell White
6120 Flight Avenue
Los Angeles, CA 90056

Alana B. Anaya
Anaya Law Group
2629 Townsgate Road
Suite 140
Westlake Village, CA 91361

Ally Financial
Attn:  Bankruptcy
P.O. Box 380901
Minneapolis, MN 55438

Ally Financial
200 Renaissance Center
Detroit, MI 48243

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329

American Express
P.O. Box 981537
El Paso, TX 79998

American Express Head Office
World Financial Center
200 Vesey Street
New York, NY 10285

American Express National Bank
115 W. Towne Ridge Parkway
Sandy, UT 84070

Aqua Finance
P.O. Box 844
Wausau, WI 54402-0844

Aqua Finance Inc.
1 Corporate Drive
Suite 300
Wausau, WI 54401

Bestbuy/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

BMW Financial Services
5515 Parkcenter Drive
Dublin, OH 43017
```

BMW Financial Services
5550 Britton Parkway
Hilliard, OH 43026-7456

BMW Financial Services
PO Box 3608
Dublin, OH 43016-0306

BMW Financial Services
5550 Britton Parkway
P.O. Box 2071996
Hilliard, OH 43026-7456

BMW Financial Services NA, LLC
P.O. Box 201347
Arlington, TX 76006

Broadway Advance LLC
c/o Collection at Law Inc.
3835R East Thousand Oaks Blvd
PMB 349
Thousand Oaks, CA 91362

Broadway Advance LLC
39 Broadway
Suite 930
New York, NY 10006

Broadway Advance LLC
241 37th Street
Brooklyn, NY 11232

CBNA
50 Northwest Point
Elk Grove Village, IL 60007

CBNA
P.O. Box 6597
Sioux Falls, SD 57117

Charter Communications
400 Washington Blvd
Stamford, CT 06902

Community Bank, N.A
45-49 Court Street
Canton, NY 13617

Connexus Credit Union
1 Corporate Drive
Suite 700
Wausau, WI 54401

```
Discover Bank
502 E. Market Street
Greenwood, DE 19950

Discover Bank
P.O. Box 15316
Att: CMS/Prod Develop
Wilmington, DE 19850-5316

Discover Card
P.O. Box 30939
Salt Lake City, UT 84130

Employment Development Department
P.O. Box 826880
Sacramento, CA 94280

FCC Finance
16479 Dallas Parkway
Suite 260
Addison, TX 75001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Gurstell Law Firm , P.C.
9320 East Raintree Drive
Scottsdale, AZ 85260

I.C. System, Inc.
PO Box 64378
Saint Paul, MN 55164-0378

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMCB - Card Services
301 N. Walnut Street
9th Floor
Wilmington, DE 19801-3935

JPMCB Card
P.O. Box 15369
Wilmington, DE 19850

JPMorgan Chase Bank N.A.
111 Polaris Parkway
Columbus, OH 43240
```

```
Kinecta FCU
P.O. Box 1003
Manhattan Beach, CA 90266

Kinecta Federal Credit Union
1440 Rosecrans Avenue
Manhattan Beach, CA 90266

LA County Child Support Services
5500 South Eastern Avenue
Los Angeles, CA 90040

Logix FCU
150 Woodfield Drive
Suite 400E
Schaumburg, IL 60173

Logix FCU
P.O. Box 6759
Burbank, CA 91510

Logix FCU/Dovenmuehle
1 Corporate Drive
Suite 360
Lake Zurich, IL 60047

Logix Federal Credit Union
27918 Franklin Parkway
Valencia, CA 91355

Logix Federal Credit Union
P.O. Box 4070
Castaic, CA 91310

Logix Federal Credit Union
1501 Woodfield Road
Schaumburg, IL 60173-6052

Logix Federal Credit Union
2340 Hollywood Way
Burbank, CA 91505

Los Angeles County Tax Collector
225 N. Hill Street
Room 122
Los Angeles, CA 90012

Luxury Auto
4163 Lincoln Blvd
Marina Del Rey, CA 90292
```

```
Navy Federal Credit Union
c/o Silverman Theologu LLP
11630 Chayote Street
Suite 3
Los Angeles, CA 90049

Navy Federal Credit Union
820 Follin Lane
Vienna, VA 22180

Nextera Energy Inc
700 Universe Blvd.
North Palm Beach, FL 33408

Powersport Financial
14555 Keswick Street.
Van Nuys, CA 91405

Queen Funding LLC
c/o Law Offices of Todd Haines
30495 Canwood Street
Suite 100
Agoura Hills, CA 91301

Queen Funding LLC
4221 Cedar Lake Drive
Lakewood, NJ 08701

Queen Funding LLC
101 Chase Avenue
Suite 208
Lakewood, NJ 08701

Queen Funding LLC
200 Central Avenue
Farmingdale, NJ 07727-3788

State of California
Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011

State of California
Franchise Tax Board
Special Procedures Section
P.O. Box 2952
Sacramento, CA 95812-2952

Syncb/Lowes
P.O. Box 965005
Orlando, FL 32896
```

```
Syncb/Lowes
4125 Winward Plaza
Alpharetta, GA 30005

SYNCB/Lowes
P.O. Box 71727
Philadelphia, PA 19176

Synchrony Bank
170 West Election Road
Suite 125
Draper, UT 84020

Transworld Systems Inc.
P.O. Box 1864
Santa Rosa, CA 95402

Transworld Systems Inc.
P.O. Box 15283
Wilmington, DE 19850

Transworld Systems I
P.O. Box 15270
Wilmington, DE 19840-5270

Transworld Systems Inc.
500 Virginia Drive
Fort Washington, PA 19034

TruHome Solutions
6330 Sprint Parkway
Suite 200
Leawood, KS 66211

University Credit Union
Attn: Bankruptcy
1500 South Sepulveda Blvd.
Los Angeles, CA 90025

University Credit Union
2629 Townsgate Road
Suite 140
Westlake Village, CA 91361

University CU/Truhome
9601 Legler Road
Lenexa, KS 66219

V & E Inc DBA Powersport Financial
14555 Keswick Street
Van Nuys, CA 91405
```

```
Viet-Son Le and Pasya Fong
19143 Hamilton Avenue
Gardena, CA 90248

Wells Fargo
Office of General Counsel
21680 Gateway Center Drive
Suite 280
Diamond Bar, CA 91765

WF HIL 2017-2 Grantor Trust
Wilmington Savings Fund Society
500 Delaware Avenue
11th Floor
Wilmington, DE 19801

WF HIL 2017-2 Grantor Trust
P.O. Box 795489
Dallas, TX 75379-5489

Xceed Financial FCU
2200 East Grand Street
El Segundo, CA 90245-2836
```