**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Davon Jermell White** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:24-bk-14190-NB** |

■ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|

**1**

**Ally Financial**
**Attn: Bankruptcy**
**P.O. Box 380901**
**Minneapolis, MN 55438**

What is the nature of the claim?    **Deficency on auto loan (Repossession)**    $123,393.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) _____
    Value of security:   - _____
    Unsecured claim

Contact

**(800) 200-4622**
Contact phone

**2**

**American Express**
**P.O. Box 297871**
**Fort Lauderdale, FL 33329**

What is the nature of the claim?    **Credit Card for Failed Business (Lawsuit)**    $1,716,761.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

Debtor 1    **Davon Jermell White**                                          Case number *(if known)*    **2:24-bk-14190-NB**

| | |
|---|---|
| Contact | ☐ No<br>☐ Yes. Total claim (secured and unsecured) |
| **(800) 874-2717** | Value of security:<br>Unsecured claim |
| Contact phone | |

---

| **3** | | | |
|---|---|---|---|
| **BMW Financial Services**<br>**5515 Parkcenter Dir**<br>**Dublin, OH 43017** | What is the nature of the claim? | **Auto Lease** | **$107,525.00** |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

**(800) 578-5000**                                     Value of security:          -
Contact phone                                          Unsecured claim

---

| **4** | | | |
|---|---|---|---|
| **Discover Bank**<br>**502 E. Market St**<br>**Greenwood, DE 19950** | What is the nature of the claim? | **Credit Card** | **$91,327.00** |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)

Contact                                                Value of security:          -
Contact phone                                          Unsecured claim

---

| **5** | | | |
|---|---|---|---|
| **FCC Finance**<br>**16479 Dallas Parkway**<br>**Suite 260**<br>**Addison, TX 75001** | What is the nature of the claim? | **Installment Account** | **$33,077.00** |

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)

Contact                                                Value of security:          -
Contact phone                                          Unsecured claim

---

| **6** | | | |
|---|---|---|---|
| **Internal Revenue Service** | What is the nature of the claim? | **Priority Tax Debt** | **$529,035.59** |

| Debtor 1 | **Davon Jermell White** | | Case number *(if known)* | **2:24-bk-14190-NB** |

P.O. Box 7346
Philadelphia, PA 19101-7346

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

Contact phone

Value of security:                    -
Unsecured claim

---

**7**

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

What is the nature of the claim?    **Unsecured Tax Debt**    **$280,485.04**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

Contact phone

Value of security:                    -
Unsecured claim

---

**8**

**JPMCB Card**
P.O. Box 15369
Wilmington, DE 19850

What is the nature of the claim?    **Credit Card**    **$75,903.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

Contact phone

Value of security:                    -
Unsecured claim

---

**9**

**LA County Child Support Services**
5500 S. Eastern Avenue
Los Angeles, CA 90040

What is the nature of the claim?    **$12,884.81**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

| Debtor 1 | **Davon Jermell White** | | Case number *(if known)* | **2:24-bk-14190-NB** |

| | | Value of security: | - |
| Contact phone | | Unsecured claim | |

---

**10**

**Logix Federal Credit Union**
**P.O. Box 4070**
**Castaic, CA 91310**

What is the nature of the claim?     **3490 Wonder View**     $47,668.82
**Place, Los Angeles,**
**California 90068  Los**
**Angeles County**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☐ No

Contact     ■ Yes. Total claim (secured and unsecured)     $47,668.82
Value of security:     - **$2,312,800.00**
Contact phone     Unsecured claim     **$47,668.82**

---

**11**

**Logix Federal Credit Union**
**P.O. Box 4070**
**Castaic, CA 91310**

What is the nature of the claim?     **6120 Flight Avenue**     $47,668.82
**Los Angeles,**
**California 90056  Los**
**Angeles County**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☐ No

Contact     ■ Yes. Total claim (secured and unsecured)     $48,106.63
Value of security:     - **$1,660,000.00**
Contact phone     Unsecured claim     **$47,668.82**

---

**12**

**Logix Federal Credit Union**
**27918 Franklin Parkway**
**Valencia, CA 91355**

What is the nature of the claim?     **Credit Card (Possible**     $44,947.00
**Duplicate)**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No

Contact     ☐ Yes. Total claim (secured and unsecured)
Value of security:     -
Contact phone     Unsecured claim

---

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | **2:24-bk-14190-NB** |

---

**13**

**Navy Federal Credit Union
c/o Silverman Theologu LLP
11630 Chayote St
Suite 3
Los Angeles, CA 90049**

_____

_____

Contact

_____

Contact phone

What is the nature of the claim?    **6120 Flight Avenue, Los Angeles, California 90056 Los Angeles County**    **$40,955.45**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    **$40,955.45**
　Value of security:    - **$1,660,000.00**
　Unsecured claim    **$40,955.45**

---

**14**

**Navy Federal Credit Union
c/o Silverman Theologu LLP
11630 Chayote St
Suite 3
Los Angeles, CA 90049**

_____

_____

Contact

_____

Contact phone

What is the nature of the claim?    **3490 Wonder View Place Los Angeles, CA 90068  Los Angeles County**    **$40,586.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    **$40,586.00**
　Value of security:    - **$2,312,800.00**
　Unsecured claim    **$40,586.00**

---

**15**

**University Credit Union
2629 Townsgate Rd. #140
Westlake Village, CA 91361**

_____

_____

Contact

_____

Contact phone

What is the nature of the claim?    **6120 Flight Avenue, Los Angeles, California 90056 Los Angeles County**    **$110,194.85**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    **$110,194.85**
　Value of security:    - **$1,660,000.00**
　Unsecured claim    **$110,194.85**

---

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | **2:24-bk-14190-NB** |

---

### 16

**University Credit Union
Attn: Bankruptcy
1500 S Sepulveda Blvd
Los Angeles, CA 90025**

**What is the nature of the claim?** _____ $74,980.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:   - _____
     Unsecured claim   _____

Contact _____

Contact phone _____

---

### 17

**University Credit Union
2629 Townsgate Rd. #140
Westlake Village, CA 91361**

**What is the nature of the claim?**   **3490 Wonder View Place Los Angeles, CA 90068  Los Angeles County**   $110,194.85

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)   $110,194.85
     Value of security:   - **$2,312,800.00**
     Unsecured claim   **$110,194.85**

Contact _____

Contact phone _____

---

### 18

**Wells Fargo
Office of General Counsel
21680 Gateway Center Drive
Suite 280
Diamond Bar, CA 91765**

**What is the nature of the claim?**   **3490 Wonder View Place Los Angeles, CA 90068  Los Angeles County**   $26,586.19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)   $60,642.40
     Value of security:   - **$2,312,800.00**
     Unsecured claim   **$26,586.19**

Contact _____

Contact phone _____

---

### 19

**What is the nature of the claim?**   **6120 Flight Avenue Los Angeles, CA 90056  Los Angeles County**   $26,586.19

---

Debtor 1    **Davon Jermell White**                                    Case number *(if known)*    **2:24-bk-14190-NB**

**Wells Fargo**
**Office of General Counsel**
**21680 Gateway Center Drive**
**Suite 280**
**Diamond Bar, CA 91765**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    **$61,152.51**
Value of security:    - **$1,660,000.00**
Unsecured claim    **$26,586.19**

Contact

Contact phone

---

**20**

**What is the nature of the claim?**    3490 Wonder View Place Los Angeles, CA 90068 Los Angeles County    **$40,000.00**

**WF HIL 2017-2 Grantor Trust**
**P.O. Box 795489**
**Dallas, TX 75379-5489**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    **$40,000.00**
Value of security:    - **$2,312,800.00**
Unsecured claim    **$40,000.00**

Contact

Contact phone

---

| Part 2: | **Sign Below** |
| --- | --- |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

x _____  x _____

**Davon Jermell White**
Signature of Debtor 1

Signature of Debtor 2

Date    6/11/24

Date _____

## United States Bankruptcy Court
### Central District of California

In re  **Davon Jermell White** _____ Case No.  **2:24-bk-14190-NB**

Debtor(s)                                    Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Davon Jermell White**<br>**6120 Flight Avenue**<br>**Los Angeles, CA 90056** | **sole owner of the assets of the bankruptcy estate.** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the  named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____06/11/24_____          Signature _____

**Davon Jermell White**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date: _____6/11/24_____

_____
**Davon Jermell White**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Davon Jermell White** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:24-bk-14190-NB** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................................................ | $ **3,972,800.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B.......................................................................... | $ **178,207.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B..................................................................................... | $ **4,151,007.00** |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **4,504,979.34** |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ **541,920.40** |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ **2,556,685.04** |
| **Your total liabilities** | $ **7,603,584.78** |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................................................. | $ **2,244.00** |
| 5.  *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................................... | $ **13,884.00** |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Davon Jermell White**                                        Case number *(if known)*  **2:24-bk-14190-NB**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                     $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ **12,884.81** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **529,035.59** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ **541,920.40** |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Davon Jermell White** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:24-bk-14190-NB** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property    **12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| 1.1 | | What is the property? Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

**6120 Flight Avenue**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Los Angeles    CA    90056-0000**
City    State    ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,660,000.00** | **$1,660,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Los Angeles**
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

Debtor 1    **Davon Jermell White**                                      Case number *(if known)*    **2:24-bk-14190-NB**

**1.2**    **If you own or have more than one, list here:**

**3490 Wonder View Place**

Street address, if available, or other description

**Los Angeles        CA      90068-0000**

City                              State        ZIP Code

**Los Angeles**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,312,800.00** | **$2,312,800.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**2.**  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>    | **$3,972,800.00** |

---

**Part 2:**   **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**   Make:    **Ford**
Model:    **2018**
Year:    **F150 Raptor**
Approximate mileage:    **68000**
Other information:

**Location: 6120 Flight Avenue. Los Angeles, California 90056**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$32,407.00** | **$32,407.00** |

**3.2**   Make:    **Lamborgini**
Model:    **Urus**
Year:    **2019**
Approximate mileage:    **49000**
Other information:

**Location: 6120 Flight Avenue. Los Angeles, California 90056**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$140,000.00** | **$140,000.00** |

---

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | **2:24-bk-14190-NB** |
|---|---|---|---|

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here**...........................................................=>

   **$172,407.00**

| **Part 3:** | **Describe Your Personal and  Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Beds, Bookshelves, Tables, Chairs, Couch, Washing Machine, Dryer, Refrigerator, Stove, Cabinets Location: 6120 Flight Avenue. Los Angeles, California 90056 | $3,000.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | 2016 imac, 3 TV, iphone, Location: 6120 Flight Avenue. Los Angeles, California 90056 | $1,000.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Clothes Location: 6120 Flight Avenue. Los Angeles, California 90056 | $700.00 |
    |---|---|

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | **2:24-bk-14190-NB** |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes.  Describe.....

| **10 Karat Gold Chain**<br>**Location: 6120 Flight Avenue. Los Angeles, California 90056** | **$1,000.00** |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................. | **$5,700.00**

---

**Part 4:**  **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes...........................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes.......................

Institution name:

| 17.1.  **Checking** | **Unify Financial Credit Union**<br>**Location: PO Box 10018. Manhattan Beach, California 90267** | **$100.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes.................     Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes.  Give specific information about them...................

Name of entity:                                     % of ownership:

| **Prestige Elite Management Inc**<br>**Location: 2501 Lincoln Blvd. Venice, California 90291**<br>**Entity owns only the over encumbered real estate located at 4337 Marina City Drive Unit 349. Marina Del Rey, California 90292.** | **100** % | **$0.00** |

---

Debtor 1   **Davon Jermell White**                                          Case number *(if known)*   **2:24-bk-14190-NB**

---

**Money King Check Cashing Incorporated
Suspended Entity; No Assets; No Longer
Operating.
Location: 2501 Lincoln Blvd. Venice, California
90291**                                          **100**   %                **$0.00**

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them.
                          Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
             Type of account:              Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................              Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

                                                                              _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | **2:24-bk-14190-NB** |

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.
|  Company name: | Beneficiary: | Surrender or refund value: |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

■ No
☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................................

| **$100.00** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

| **$0.00** |

Debtor 1    **Davon Jermell White**                                    Case number *(if known)*    **2:24-bk-14190-NB**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ....................................................................................................    **$3,972,800.00**

56.  **Part 2: Total vehicles, line 5**    **$172,407.00**

57.  **Part 3: Total personal and household items, line 15**    **$5,700.00**

58.  **Part 4: Total financial assets, line 36**    **$100.00**

59.  **Part 5: Total business-related property, line 45**    **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

61.  **Part 7: Total other property not listed, line 54**    +    **$0.00**

62.  **Total personal property.** Add lines 56 through 61...    **$178,207.00**    Copy personal property total    **$178,207.00**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62    **$4,151,007.00**

Official Form 106A/B                            Schedule A/B: Property                            page 7

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Davon Jermell White** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:24-bk-14190-NB** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **6120 Flight Avenue Los Angeles, CA 90056  Los Angeles County**<br>Line from *Schedule A/B*: **1.1** | $1,660,000.00 | ■ $699,421.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **F150 Raptor Ford 2018 68000 miles Location: 6120 Flight Avenue. Los Angeles, California 90056**<br>Line from *Schedule A/B*: **3.1** | $32,407.00 | ■ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **Beds, Bookshelves, Tables, Chairs, Couch, Washing Machine, Dryer, Refrigerator, Stove, Cabinets Location: 6120 Flight Avenue. Los Angeles, California 90056**<br>Line from *Schedule A/B*: **6.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **2016 imac, 3 TV, iphone, Location: 6120 Flight Avenue. Los Angeles, California 90056**<br>Line from *Schedule A/B*: **7.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Debtor 1    **Davon Jermell White**                                                    Case number (if known)    **2:24-bk-14190-NB**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Clothes**<br>**Location: 6120 Flight Avenue. Los Angeles, California 90056**<br>Line from *Schedule A/B*: **11.1** | $700.00 | ■  $700.00<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **10 Karat Gold Chain**<br>**Location: 6120 Flight Avenue. Los Angeles, California 90056**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■  $1,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |

3.  **Are you claiming a homestead exemption of more than $189,050?**
    (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☐  No
    ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■  No
       ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Davon Jermell White** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:24-bk-14190-NB** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion If any |
|---|---|---|---|

| | |
|---|---|
| **2.1**  **Ally Financial** | **Describe the property that secures the claim:** |
| Creditor's Name | **2019 Lamborgini Urus 49000 miles Location: 6120 Flight Avenue. Los Angeles, California 90056** |

Column A: **$120,544.86**  Column B: **$140,000.00**  Column C: **$0.00**

**Attn:  Bankruptcy
P.O. Box 380901
Minneapolis, MN 55438**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

| | | |
|---|---|---|
| Date debt was incurred | **March 20, 2019** | Last 4 digits of account number  **0000** |

Debtor 1   **Davon Jermell White**

First Name     Middle Name     Last Name

Case number (if known)   **2:24-bk-14190-NB**

---

| 2.2 | **Aqua Finance Inc** | | Describe the property that secures the claim: | $38,174.00 | $1,660,000.00 | $0.00 |

Creditor's Name

**6120 Flight Avenue, Los Angeles, California 90056  Los Angeles County**

**1 Corporate Drive
Suite 300
Wausau, WI 54401**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    **Financing Statement**

Date debt was incurred   **December 7, 2018**

Last 4 digits of account number   **1339**

---

| 2.3 | **Broadway Advance LLC** | | Describe the property that secures the claim: | $221,842.47 | $1,660,000.00 | $98,532.05 |

Creditor's Name

**6120 Flight Avenue, Los Angeles, California 90056 Los Angeles County**

**c/o Collection at Law Inc.
3835R East Thousand Oaks Blvd.
Suite 349
Thousand Oaks, CA 91362**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **July 15, 2019**

Last 4 digits of account number   **4853**

---

| Debtor 1 | **Davon Jermell White** | | | Case number (if known) | **2:24-bk-14190-NB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.4 | **Broadway Advance LLC** | **Describe the property that secures the claim:** | **$221,842.47** | **$2,312,800.00** | **$50,531.19** |
|---|---|---|---|---|---|

Creditor's Name

**c/o Collection at Law Inc.
3835R East Thousand
Oaks Blvd.
Suite 349
Thousand Oaks, CA
91362**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**3490 Wonder View Place, Los
Angeles, California 90068  Los
Angeles County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☑ Other (including a right to offset)    **Duplicate debt secured by more than one property, not
counted towards total debt**

| Date debt was incurred | **July 15, 2019** | Last 4 digits of account number | **4853** |
|---|---|---|---|

| 2.5 | **Logix Federal Credit Union** | **Describe the property that secures the claim:** | **$1,088,454.06** | **$1,660,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**6120 Flight Avenue,
Los Angeles,California 90056
Los Angeles County**

**27918 Franklin Parkway
Valencia, CA 91355**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
    car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

| Date debt was incurred | **March 28, 2018** | Last 4 digits of account number | **9689** |
|---|---|---|---|

Debtor 1    **Davon Jermell White**                                      Case number (if known)    **2:24-bk-14190-NB**
   First Name        Middle Name        Last Name

| 2.6 | **Logix Federal Credit Union** | | $48,106.63 | $1,660,000.00 | $48,106.63 |

Creditor's Name

**Describe the property that secures the claim:**

> **6120 Flight Avenue, Los Angeles, California 90056**
> **Los Angeles County**

**P.O. Box 4070**
**Castaic, CA 91310**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**    **January 20, 2022**        **Last 4 digits of account number**    **0484**

---

| 2.7 | **Logix Federal Credit Union** | | $48,106.63 | $2,312,800.00 | $48,106.63 |

Creditor's Name

**Describe the property that secures the claim:**

> **3490 Wonder View Place**
> **Los Angeles, California 90068**
> **Los Angeles County**

**P.O. Box 4070**
**Castaic, CA 91310**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **Duplicate debt secured by more than one property, not counted towards total debt**

**Date debt was incurred**    **January 20, 2022**        **Last 4 digits of account number**    **0484**

---

Debtor 1  **Davon Jermell White**

First Name          Middle Name          Last Name

Case number (if known)   **2:24-bk-14190-NB**

---

| 2.8 | **Los Angeles County Tax Collector** | | $246.40 | $1,660,000.00 | $246.40 |

Creditor's Name

**225 North Hill Street
Room 122
Los Angeles, CA 90012**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

**6120 Flight Avenue
Los Angeles, California 90056
Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **December 15, 2021**     Last 4 digits of account number  **2448**

---

| 2.9 | **Los Angeles County Tax Collector** | | $286.89 | $1,660,000.00 | $286.89 |

Creditor's Name

**225 North Hill Street
Room 122
Los Angeles, CA 90012**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

**6120 Flight Avenue
Los Angeles, California 90056
Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/22/2023**     Last 4 digits of account number  **3052**

---

| Debtor 1 | **Davon Jermell White** | | | Case number (if known) | **2:24-bk-14190-NB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.10 | **Los Angeles County Tax Collector** | | $286.61 | $1,660,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**225 North Hill Street
Room 122
Los Angeles, CA 90012**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Describe the property that secures the claim:

**6120 Flight Avenue
Los Angeles, California 90056
Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **December 15, 2022**     Last 4 digits of account number   **4807**

---

| 2.11 | **Los Angeles County Tax Collector** | | $286.69 | $1,660,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**225 North Hill Street
Room 122
Los Angeles, CA 90012**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Describe the property that secures the claim:

**6120 Flight Avenue
Los Angeles, California 90056
Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **December 22, 2023**     Last 4 digits of account number   **3052**

Debtor 1  **Davon Jermell White**
    First Name         Middle Name         Last Name

Case number (if known)  **2:24-bk-14190-NB**

---

| 2.1 2 | **Los Angeles County Tax Collector** | | $246.40 | $2,312,800.00 | $246.40 |
|---|---|---|---|---|---|

Creditor's Name

**225 North Hill Street
Room 122
Los Angeles, CA 90012**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Describe the property that secures the claim:**

**3490 Wonder View Place
Los Angeles, California 90068
Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Duplicate debt secured by more than one property, not
counted towards total debt**

Date debt was incurred  **December 15, 2021**        Last 4 digits of account number  **2448**

---

| 2.1 3 | **Los Angeles County Tax Collector** | | $286.69 | $2,312,800.00 | $286.69 |
|---|---|---|---|---|---|

Creditor's Name

**225 North Hill Street
Room 122
Los Angeles, CA 90012**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Describe the property that secures the claim:**

**3490 Wonder View Place
Los Angeles, California 90068
Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Duplicate debt secured by more than one property, not
counted towards total debt**

Date debt was incurred  **December 22, 2023**        Last 4 digits of account number  **3052**

---

Debtor 1   **Davon Jermell White**
      First Name          Middle Name         Last Name

Case number *(if known)*   **2:24-bk-14190-NB**

---

| 2.1 4 | **Los Angeles County Tax Collector** | | $286.89 | $2,312,800.00 | $286.89 |

Creditor's Name

**225 North Hill Street
Room 122
Los Angeles, CA 90012**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **3490 Wonder View Place
> Los Angeles, California 90068
> Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   **Duplicate debt secured by more than one property, not counted towards total debt**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   **12/22/2023**     Last 4 digits of account number   **3052**

---

| 2.1 5 | **Los Angeles County Tax Collector** | | $286.61 | $2,312,800.00 | $286.61 |

Creditor's Name

**225 North Hill Street
Room 122
Los Angeles, CA 90012**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **3490 Wonder View Place
> Los Angeles, California 90068
> Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   **Duplicate debt secured by more than one property, not counted towards total debt**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   **December 15, 2022**     Last 4 digits of account number   **4807**

---

Debtor 1    **Davon Jermell White**

 First Name        Middle Name        Last Name

Case number *(if known)*    **2:24-bk-14190-NB**

| 2.16 | **Navy Federal Credit Union** | | $40,955.45 | $1,660,000.00 | $40,955.45 |

Creditor's Name

**c/o Silverman Theologu LLP**
**11630 Chayote Street**
**Suite 3**
**Los Angeles, CA 90049**

 Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **6120 Flight Avenue**
> **Los Angeles, California 90056**
> **Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **March 8, 2022**

Last 4 digits of account number    **4345**

---

| 2.17 | **Navy Federal Credit Union** | | $40,955.45 | $2,312,800.00 | $40,955.45 |

Creditor's Name

**c/o Silverman Theologu LLP**
**11630 Chayote Street**
**Suite 3**
**Los Angeles, CA 90049**

 Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **3490 Wonder View Place**
> **Los Angeles, California 90068**
> **Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Duplicate debt secured by more than one property, not counted towards total debt**

Date debt was incurred    **March 8, 2022**

Last 4 digits of account number    **4345**

Debtor 1  **Davon Jermell White**                                    Case number (if known)  **2:24-bk-14190-NB**
_____First Name_____Middle Name_____Last Name_____

| 2.1 8 | **Powersport Financial** | **Describe the property that secures the claim:** | **$20,146.00** | **$140,000.00** | **$690.86** |

Creditor's Name

**2019 Lamborgini Urus 49000 miles
Location: 6120 Flight Avenue
Los Angeles, California 90056**

**14555 Keswick Street
Van Nuys, CA 91405**
_____Number, Street, City, State & Zip Code_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **2019**        **Last 4 digits of account number**  **2633**

---

| 2.1 9 | **Queen Funding LLC** | **Describe the property that secures the claim:** | **$181,053.13** | **$1,660,000.00** | **$181,053.13** |

Creditor's Name

**c/o Law Offices of Todd
Haines
30495 Canwood Street
Suite 100
Agoura Hills, CA 91301**
_____Number, Street, City, State & Zip Code_____

**6120 Flight Avenue
Los Angeles, California 90056
Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **6/4/2019**        **Last 4 digits of account number**  **3016**

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 19

Debtor 1    **Davon Jermell White**                                          Case number (if known)    **2:24-bk-14190-NB**
_____
First Name        Middle Name        Last Name

| 2.20 | | | |
|---|---|---|---|

**2.20** | **Queen Funding LLC** | Describe the property that secures the claim: | $181,053.13 | $2,312,800.00 | $181,053.13

Creditor's Name

**c/o Law Offices of Todd Haines**
**30495 Canwood Street Suite 100**
**Agoura Hills, CA 91301**

> **3490 Wonder View Place**
> **Los Angeles, California 90068**
> **Los Angeles County**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Duplicate debt secured by more than one property, not counted towards total debt**

Date debt was incurred    **6/4/2019**          Last 4 digits of account number    **3016**

---

**2.21** | **State of California** | Describe the property that secures the claim: | $4,640.47 | $1,660,000.00 | $4,640.47

Creditor's Name

**Franchise Tax Board**
**P.O. Box 942867**
**Sacramento, CA 94267-0011**

> **6120 Flight Avenue**
> **Los Angeles, California 90056**
> **Los Angeles County**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **For tax year 2018**

Date debt was incurred    **November 1, 2023**          Last 4 digits of account number    **2870**

---

Debtor 1 **Davon Jermell White**

First Name    Middle Name    Last Name

Case number (if known)    **2:24-bk-14190-NB**

---

| 2.2 2 | **State of California** | | | $4,640.47 | $2,312,800.00 | $4,640.47 |

Creditor's Name

**Franchise Tax Board**
**P.O. Box 942867**
**Sacramento, CA**
**94267-0011**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**3490 Wonder View Place**
**Los Angeles, California 90068**
**Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Duplicate debt secured by more than one property, not counted**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    **November 1, 2023**    Last 4 digits of account number    **2870**

---

| 2.2 3 | **University Credit Union** | | | $11,631.38 | $32,407.00 | $0.00 |

Creditor's Name

**Attn: Bankruptcy**
**1500 South Sepulveda Blvd.**
**Los Angeles, CA 90025**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**F150 Raptor Ford 2018 68000 miles**
**Location: 6120 Flight Avenue**
**Los Angeles, California 90056**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    **May 5, 2018**    Last 4 digits of account number    **XXXX**

---

Debtor 1  **Davon Jermell White**

First Name    Middle Name    Last Name

Case number (if known)  **2:24-bk-14190-NB**

| 2.2 4 | **University Credit Union** | Describe the property that secures the claim: | $110,194.85 | $1,660,000.00 | $110,194.85 |
|---|---|---|---|---|---|

Creditor's Name

**2629 Townsgate Road
Suite 140
Westlake Village, CA
91361**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

> **6120 Flight Avenue
> Los Angeles, California 90056
> Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Date debt was incurred**  **December 15, 2021**    **Last 4 digits of account number**  **6475**

| 2.2 5 | **University Credit Union** | Describe the property that secures the claim: | $110,194.85 | $2,312,800.00 | $110,194.85 |
|---|---|---|---|---|---|

Creditor's Name

**2629 Townsgate Road
Suite 140
Westlake Village, CA
91361**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

> **3490 Wonder View Place
> Los Angeles, California  90068
> Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)  **Duplicate debt secured by more than one property, not counted towards total debt**

**Date debt was incurred**  **December 15, 2021**    **Last 4 digits of account number**  **6475**

| Debtor 1 | **Davon Jermell White** | | | Case number (if known) | **2:24-bk-14190-NB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| 2.2 6 | **University CU/Truhome** | Describe the property that secures the claim: | $1,597,645.22 | $2,312,800.00 | $0.00 |

Creditor's Name

**3490 Wonder View Place**
**Los Angeles, California 90068**
**Los Angeles County**

**9601 Legler Road**
**Lenexa, KS 66219**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **August 16, 2018** | Last 4 digits of account number | **XXXX** |

---

| 2.2 7 | **V & E Inc DBA Powersport Financial** | Describe the property that secures the claim: | $503,843.50 | $2,312,800.00 | $0.00 |

Creditor's Name

**3490 Wonder View Place**
**Los Angeles, California 90068**
**Los Angeles County**

**14555 Keswick Street**
**Van Nuys, CA 91405**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **May 27, 2017** | Last 4 digits of account number | **XXXX** |

---

| Debtor 1 | **Davon Jermell White** | | Case number (if known) | **2:24-bk-14190-NB** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.2 8 | **Viet-Son Le and Pasya Fong** | Describe the property that secures the claim: | $409,488.22 | $1,660,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**6120 Flight Avenue
Los Angeles, California 90056
Los Angeles County**

**19143 Hamilton Avenue
Gardena, CA 90248**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **October 19, 2018**    Last 4 digits of account number    **XXXX**

---

| 2.2 9 | **Wells Fargo** | Describe the property that secures the claim: | $61,152.51 | $1,660,000.00 | $61,152.51 |
|---|---|---|---|---|---|

Creditor's Name

**Office of General Counsel
21680 Gateway Center Drive
Suite 280
Diamond Bar, CA 91765**

Number, Street, City, State & Zip Code

**6120 Flight Avenue
Los Angeles, California 90056
Los Angeles County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **December 1, 2020**    Last 4 digits of account number    **2119**

---

Debtor 1    **Davon Jermell White**                                        Case number (if known)    **2:24-bk-14190-NB**
_____
First Name         Middle Name          Last Name

| 2.30 | **Wells Fargo** | | Describe the property that secures the claim: | $61,152.51 | $2,312,800.00 | $61,152.51 |

Creditor's Name

**Office of General Counsel**
**21680 Gateway Center Drive**
**Suite 280**
**Diamond Bar, CA 91765**
_____
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> **3490 Wonder View Place**
> **Los Angeles, California 90068**
> **Los Angeles County**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    Duplicate debt secured by more than one property, not counted towards total debt

Date debt was incurred    **December 1, 2020**         Last 4 digits of account number    **2119**

| 2.31 | **WF HIL 2017-2 Grantor Trust** | | Describe the property that secures the claim: | $40,000.00 | $2,312,800.00 | $0.00 |

Creditor's Name

**P.O. Box 795489**
**Dallas, TX 75379-5489**
_____
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> **3490 Wonder View Place**
> **Los Angeles, California 90068**
> **Los Angeles County**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    UCC-1

Date debt was incurred    **December 19, 2022**         Last 4 digits of account number    **0731**

Add the dollar value of your entries in Column A on this page. Write that number here:    **$4,504,979.34**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$4,504,979.34**

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
**Alana B. Anaya**
**Anaya Law Group**
**2629 Townsgate Road**
**Suite 140**
**Westlake Village, CA 91361**

On which line in Part 1 did you enter the creditor?    **2.24**

Last 4 digits of account number ___

| Debtor 1 | **Davon Jermell White** | | | Case number *(if known)* | **2:24-bk-14190-NB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

[ ]  Name, Number, Street, City, State & Zip Code
**Aqua Finance**
**P.O. Box 844**
**Wausau, WI 54402-0844**

On which line in Part 1 did you enter the creditor? __**2.2**__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**Aqua Finance**
**1 Corporate Cove**
**Suite 300**
**Wausau, WI 54401**

On which line in Part 1 did you enter the creditor? __**2.2**__

Last 4 digits of account number __**5425**__

---

[ ]  Name, Number, Street, City, State & Zip Code
**Broadway Advance LLC**
**c/o The LLC**
**39 Broadway**
**9th Floor**
**New York, NY 10006**

On which line in Part 1 did you enter the creditor? __**2.3**__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**Broadway Advance LLC**
**c/o Rennie Gardner**
**7697 21st Avenue**
**Sacramento, CA 95820**

On which line in Part 1 did you enter the creditor? __**2.3**__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**Broadway Advance LLC**
**241 37th Street**
**Brooklyn, NY 11232**

On which line in Part 1 did you enter the creditor? __**2.3**__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**Connexus Credit Union**
**1 Corporate Drive**
**Suite 700**
**Wausau, WI 54401**

On which line in Part 1 did you enter the creditor? __**2.2**__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**Logix FCU**
**150 Woodfield Dr.**
**Suite 400E**
**Schaumburg, IL 60173**

On which line in Part 1 did you enter the creditor? __**2.5**__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**Logix FCU/Dovenmuehle**
**1 Corporate Drive**
**Suite 360**
**Lake Zurich, IL 60047**

On which line in Part 1 did you enter the creditor? __**2.5**__

Last 4 digits of account number __**9689**__

---

[ ]  Name, Number, Street, City, State & Zip Code
**Logix Federal Credit Union**
**1501 Woodfield Road**
**Schaumburg, IL 60173-6052**

On which line in Part 1 did you enter the creditor? __**2.5**__

Last 4 digits of account number ___

---

Debtor 1    **Davon Jermell White**                                              Case number (if known)    **2:24-bk-14190-NB**

     First Name            Middle Name            Last Name

---

[ ]    Name, Number, Street, City, State & Zip Code

**Navy Federal Credit Union**
**820 Follin Lane**
**Vienna, VA 22180**

On which line in Part 1 did you enter the creditor?  __**2.16**__

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code

**Queen Funding LLC**
**4221 Cedar Lake Drive**
**Lakewood, NJ 08701**

On which line in Part 1 did you enter the creditor?  __**2.19**__

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code

**Queen Funding LLC**
**101 Chase Avenue**
**Suite 208**
**Lakewood, NJ 08701**

On which line in Part 1 did you enter the creditor?  __**2.19**__

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code

**Queen Funding LLC**
**200 Central Avenue**
**Farmingdale, NJ 07727-3788**

On which line in Part 1 did you enter the creditor?  __**2.19**__

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code

**Queen Funding LLC**
**4221 Cedar Lake Drive**
**Lakewood, NJ 08701**

On which line in Part 1 did you enter the creditor?  __**2.20**__

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code

**Queen Funding LLC**
**101 Chase Avenue**
**Suite 208**
**Lakewood, NJ 08701**

On which line in Part 1 did you enter the creditor?  __**2.20**__

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code

**Queen Funding LLC**
**200 Central Avenue**
**Farmingdale, NJ 07727-3788**

On which line in Part 1 did you enter the creditor?  __**2.20**__

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code

**State of California**
**Franchise Tax Board**
**Special Procedures Section**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

On which line in Part 1 did you enter the creditor?  __**2.21**__

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code

**TruHome Solutions**
**6330 Sprint Parkway**
**Suite 200**
**Leawood, KS 66211**

On which line in Part 1 did you enter the creditor?  __**2.26**__

Last 4 digits of account number ___

---

[ ]    Name, Number, Street, City, State & Zip Code

**WF HIL 2017-2 Grantor Trust**
**Wilmington Savings Fund Society**
**500 Delaware Avenue**
**11th Floor**
**Wilmington, DE 19801**

On which line in Part 1 did you enter the creditor?  __**2.31**__

Last 4 digits of account number ___

---

Debtor 1    **Davon Jermell White**                                  Case number (*if known*)    **2:24-bk-14190-NB**
　　　　　First Name　　　Middle Name　　　　Last Name

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Davon Jermell White** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:24-bk-14190-NB** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | $529,035.59 | $529,035.59 | $0.00 |
| | Priority Creditor's Name | | | | |

**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?** **Tax Returns 2020 to 2023**

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                                **Priority Tax Debt**

Debtor 1  **Davon Jermell White**                                                      Case number (if known)  **2:24-bk-14190-NB**

| | | | | | |
|---|---|---|---|---|---|
| 2.2 | **LA County Child Support Services** | Last 4 digits of account number | | $12,884.81 | $12,884.81 | $0.00 |

Priority Creditor's Name
**5500 S. Eastern Avenue
Los Angeles, CA 90040**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ■ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

---

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3.** **Do any creditors have nonpriority unsecured claims against you?**

- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ■ Yes.

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 4.1 | **Ally Financial** | Last 4 digits of account number  **1927** | $123,393.00 |

Nonpriority Creditor's Name
**Attn:  Bankruptcy
P.O. Box 380901
Minneapolis, MN 55438**
Number Street City State Zip Code

When was the debt incurred?  **March 20, 2019**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ■ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Deficiency on auto loan (Repossession)**

Debtor 1    **Davon Jermell White**                                            Case number (if known)    **2:24-bk-14190-NB**

---

| 4.2 | **American Express** | | Last 4 digits of account number | **1853** | **$1,716,761.00** |

Nonpriority Creditor's Name
**P.O. Box 297871**
**Fort Lauderdale, FL 33329**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ No
■ Yes

**When was the debt incurred?**    **2011 to 2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card for Failed Business (Lawsuit)**

---

| 4.3 | **BMW Financial Services** | | Last 4 digits of account number | **3XXX** | **$107,525.00** |

Nonpriority Creditor's Name
**5555 Parkcenter Dir**
**Dublin, OH 43017**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?**    **2014 to 2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Auto Lease**

---

| 4.4 | **CBNA** | | Last 4 digits of account number | **XXXX** | **$4,671.00** |

Nonpriority Creditor's Name
**50 Northwest Point**
**Elk Grove Village, IL 60007**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?**    **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Debtor 1    **Davon Jermell White**

Case number (if known)    **2:24-bk-14190-NB**

---

| 4.5 | **Discover Bank** | Last 4 digits of account number | **XXXX** | | $91,327.00 |

Nonpriority Creditor's Name

**502 E. Market St**
**Greenwood, DE 19950**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**    **2012 to 2020**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

---

| 4.6 | **FCC Finance** | Last 4 digits of account number | **0XXX** | | $33,077.00 |

Nonpriority Creditor's Name

**16479 Dallas Parkway**
**Suite 260**
**Addison, TX 75001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**    **2017**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Installment Account**

---

| 4.7 | **I.C. System, Inc.** | Last 4 digits of account number | **4036** | | $404.00 |

Nonpriority Creditor's Name

**PO Box 64378**
**Saint Paul, MN 55164-0378**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**    **2021**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Internet**

---

Debtor 1  **Davon Jermell White**

Case number (if known)  **2:24-bk-14190-NB**

---

| 4.8 | **Internal Revenue Service** | Last 4 digits of account number | **XXXX** | $280,485.04 |

Nonpriority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?  **2015 to 2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unsecured Tax Debt**

**Is the claim subject to offset?**

■ No
□ Yes

---

| 4.9 | **JPMCB Card** | Last 4 digits of account number | **XXXX** | $75,903.00 |

Nonpriority Creditor's Name
**P.O. Box 15369**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?  **2005-2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

**Is the claim subject to offset?**

■ No
□ Yes

---

| 4.10 | **Logix Federal Credit Union** | Last 4 digits of account number | **0XXX** | $44,947.00 |

Nonpriority Creditor's Name
**27918 Franklin Parkway**
**Valencia, CA 91355**
Number Street City State Zip Code

When was the debt incurred?  **2016 to 2021**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card (Possible Duplicate)**

**Is the claim subject to offset?**

■ No
□ Yes

---

Debtor 1    **Davon Jermell White**                                    Case number (if known)    **2:24-bk-14190-NB**

---

**4.1**
**1**

**Syncb/Lowes**

Nonpriority Creditor's Name

**P.O. Box 965005**
**Orlando, FL 32896**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **XXXX**                    $2,554.00

When was the debt incurred?    **2015 to 2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

**4.1**
**2**

**Transworld Systems**

Nonpriority Creditor's Name

**P.O. Box 1864**
**Santa Rosa, CA 95402**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **18XX**                    $658.00

When was the debt incurred?    **August 19, 2023**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Florida Power and Light Company**

---

**4.1**
**3**

**University Credit Union**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**1500 S Sepulveda Blvd**
**Los Angeles, CA 90025**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **68XX**                    $74,980.00

When was the debt incurred?    **2018 to 2020**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Debtor 1  **Davon Jermell White**                                    Case number (if known)  **2:24-bk-14190-NB**

| | |
|---|---|
| Name and Address<br>**Ally Financial**<br>**200 Renaissance Ctr #B0**<br>**Detroit, MI 48243**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**American Express**<br>**P.O. Box 981537**<br>**El Paso, TX 79998**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**American Express Head Office**<br>**World Financial Center**<br>**200 Vesey Street**<br>**New York, NY 10285**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**American Express National Bank**<br>**115 W. Towne Ridge Pkwy**<br>**Sandy, UT 84070**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**BMW Financial Services**<br>**5550 Britton Parkway**<br>**Hilliard, OH 43026-7456**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**BMW Financial Services**<br>**5550 Britton Pkwy**<br>**P.O. Box 2071996**<br>**Hilliard, OH 43026-7456**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**BMW Financial Services**<br>**PO Box 3608**<br>**Dublin, OH 43016-0306**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**BMW Financial Services NA, LLC**<br>**P.O. Box 201347**<br>**Arlington, TX 76006**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**CBNA**<br>**P.O. Box 6597**<br>**Sioux Falls, SD 57117**<br><br>Last 4 digits of account number    **1301** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Charter Communications**<br>**400 Washington Blvd**<br>**Stamford, CT 06902**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Community Bank, N.A**<br>**45-49 Court Street**<br>**Canton, NY 13617**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Debtor 1   **Davon Jermell White**                                                              Case number (if known)   **2:24-bk-14190-NB**

---

**Discover Bank**
**P.O. Box 15316**
**Att: CMS/Prod Develop**
**Wilmington, DE 19850-5316**

Line **4.5** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Discover Card**
**P.O. Box 30939**
**Salt Lake City, UT 84130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2683**

---

Name and Address
**Gurstell Law Firm , P.C.**
**9320 East Raintree Drive**
**Scottsdale, AZ 85260**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **1253**

---

Name and Address
**JPMCB - Card Services**
**301 N. Walnut St**
**Floor 09**
**Wilmington, DE 19801-3935**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**JPMorgan Chase Bank N.A.**
**111 Polaris Pkwy**
**Columbus, OH 43240**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Kinecta FCU**
**P.O. B 1003**
**Manhattan Beach, CA 90266**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line  of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Logix FCU**
**P.O. Box 6759**
**Burbank, CA 91510**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Logix Federal Credit Union**
**P.O. Box 4070**
**Castaic, CA 91310**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Logix Federal Credit Union**
**2340 Hollywood Way**
**Burbank, CA 91505**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Nextera Energy Inc**
**700 Universe Blvd**
**North Palm Beach, FL 33408**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Syncb/Lowes**
**4125 Winward Plaza**
**Alpharetta, GA 30005**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**SYNCB/Lowes**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

---

Debtor 1    **Davon Jermell White**                                                           Case number (if known)    **2:24-bk-14190-NB**

**P.O. Box 71727
Philadelphia, PA 19176**                                                     ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Synchrony Bank** | Line **4.11** of (Check one): |
| **170 W. Election Rd  Ste 125** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Draper, UT 84020** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Transworld Systems** | Line **4.12** of (Check one): |
| **P.O. Box 15283** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Wilmington, DE 19850** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number        **7686**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Transworld Systems I** | Line **4.12** of (Check one): |
| **P.O. Box 15270** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Wilmington, DE 19840-5270** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Transworld Systems Inc** | Line **4.12** of (Check one): |
| **500 Virginia Dr Ft** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Fort Washington, PA 19034** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total Claim |
|---|---|---|---|
| Total claims from Part 1 | 6a.  **Domestic support obligations** | 6a. | $  12,884.81 |
|  | 6b.  **Taxes and certain other debts you owe the government** | 6b. | $  529,035.59 |
|  | 6c.  **Claims for death or personal injury while you were intoxicated** | 6c. | $  0.00 |
|  | 6d.  **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $  0.00 |
|  | 6e.  **Total Priority.** Add lines 6a through 6d. | 6e. | $  541,920.40 |

|  |  |  | Total Claim |
|---|---|---|---|
| Total claims from Part 2 | 6f.  **Student loans** | 6f. | $  0.00 |
|  | 6g.  **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $  0.00 |
|  | 6h.  **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $  0.00 |
|  | 6i.  **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $  2,556,685.04 |
|  | 6j.  **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $  2,556,685.04 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Davon Jermell White** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | 2:24-bk-14190-NB |
| (if known) | |

☐ Check if this is an
 amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City    State    ZIP Code | |
| 2.2 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City    State    ZIP Code | |
| 2.3 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City    State    ZIP Code | |
| 2.4 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City    State    ZIP Code | |
| 2.5 _____<br>Name<br>_____<br>Number    Street<br>_____<br>City    State    ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Davon Jermell White** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:24-bk-14190-NB** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**American Express** |
| 3.2 **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**BMW Financial Services** |
| 3.3 **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Broadway Advance LLC** |

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | **2:24-bk-14190-NB** |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

| 3.4 | **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __**2.4**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Broadway Advance LLC** |
| 3.5 | **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**2.2**__<br>☐ Schedule G _____<br>**LA County Child Support Services** |
| 3.6 | **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __**2.6**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Logix Federal Credit Union** |
| 3.7 | **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __**2.7**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Logix Federal Credit Union** |
| 3.8 | **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __**2.8**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Los Angeles County Tax Collector** |
| 3.9 | **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __**2.9**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Los Angeles County Tax Collector** |
| 3.10 | **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __**2.10**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Los Angeles County Tax Collector** |
| 3.11 | **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __**2.11**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Los Angeles County Tax Collector** |

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | **2:24-bk-14190-NB** |
|---|---|---|---|

<span style="background:black">   </span> **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

**3.12**  **Money King Check Cashing Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line __**2.12**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Los Angeles County Tax Collector**

---

**3.13**  **Money King Check Cashing Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line __**2.13**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Los Angeles County Tax Collector**

---

**3.14**  **Money King Check Cashing Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line __**2.14**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Los Angeles County Tax Collector**

---

**3.15**  **Money King Check Cashing Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line __**2.15**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Los Angeles County Tax Collector**

---

**3.16**  **Money King Check Cashing Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G _____
**Luxury Auto**

---

**3.17**  **Money King Check Cashing Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line __**2.16**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Navy Federal Credit Union**

---

**3.18**  **Money King Check Cashing Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line __**2.17**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Navy Federal Credit Union**

---

**3.19**  **Money King Check Cashing Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line __**2.18**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Powersport Financial**

---

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | **2:24-bk-14190-NB** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20 **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __2.19__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Queen Funding LLC** |
| 3.21 **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __2.20__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Queen Funding LLC** |
| 3.22 **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __2.21__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**State of California** |
| 3.23 **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __2.22__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**State of California** |
| 3.24 **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __2.24__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**University Credit Union** |
| 3.25 **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __2.25__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**University Credit Union** |
| 3.26 **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __2.26__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**University CU/Truhome** |
| 3.27 **Money King Check Cashing Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __2.29__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Wells Fargo** |

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | **2:24-bk-14190-NB** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

**3.28** **Money King Check Cashing Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line __**2.30**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Wells Fargo**

**3.29** **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**American Express**

**3.30** **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line __**2.3**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Broadway Advance LLC**

**3.31** **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line __**2.4**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Broadway Advance LLC**

**3.32** **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line __**2.6**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Logix Federal Credit Union**

**3.33** **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line __**2.7**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Logix Federal Credit Union**

**3.34** **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line __**2.8**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Los Angeles County Tax Collector**

**3.35** **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line __**2.9**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Los Angeles County Tax Collector**

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | **2:24-bk-14190-NB** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.36 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line ___**2.10**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Los Angeles County Tax Collector**

---

3.37 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line ___**2.11**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Los Angeles County Tax Collector**

---

3.38 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line ___**2.12**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Los Angeles County Tax Collector**

---

3.39 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line ___**2.13**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Los Angeles County Tax Collector**

---

3.40 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line ___**2.14**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Los Angeles County Tax Collector**

---

3.41 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line ___**2.15**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Los Angeles County Tax Collector**

---

3.42 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G _____
**Luxury Auto**

---

3.43 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

■ Schedule D, line ___**2.16**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Navy Federal Credit Union**

---

| Debtor 1 | **Davon Jermell White** | | Case number *(if known)* | **2:24-bk-14190-NB** |

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

3.44 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

- ■ Schedule D, line __**2.17**__
- ☐ Schedule E/F, line _____
- ☐ Schedule G _____
**Navy Federal Credit Union**

---

3.45 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

- ■ Schedule D, line __**2.18**__
- ☐ Schedule E/F, line _____
- ☐ Schedule G _____
**Powersport Financial**

---

3.46 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

- ■ Schedule D, line __**2.19**__
- ☐ Schedule E/F, line _____
- ☐ Schedule G _____
**Queen Funding LLC**

---

3.47 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

- ■ Schedule D, line __**2.20**__
- ☐ Schedule E/F, line _____
- ☐ Schedule G _____
**Queen Funding LLC**

---

3.48 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

- ■ Schedule D, line __**2.21**__
- ☐ Schedule E/F, line _____
- ☐ Schedule G _____
**State of California**

---

3.49 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

- ■ Schedule D, line __**2.22**__
- ☐ Schedule E/F, line _____
- ☐ Schedule G _____
**State of California**

---

3.50 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

- ■ Schedule D, line __**2.23**__
- ☐ Schedule E/F, line _____
- ☐ Schedule G _____
**University Credit Union**

---

3.51 **Prestige Elite Management Inc**
**2501 Lincoln Blvd**
**Venice, CA 90291**

- ☐ Schedule D, line _____
- ■ Schedule E/F, line __**4.13**__
- ☐ Schedule G _____
**University Credit Union**

---

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | **2:24-bk-14190-NB** |

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52 **Prestige Elite Management Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __**2.24**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**University Credit Union** |
| 3.53 **Prestige Elite Management Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __**2.25**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**University Credit Union** |
| 3.54 **Prestige Elite Management Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __**2.27**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**V & E Inc DBA Powersport Financial** |
| 3.55 **Prestige Elite Management Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __**2.29**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Wells Fargo** |
| 3.56 **Prestige Elite Management Inc**<br>**2501 Lincoln Blvd**<br>**Venice, CA 90291** | ■ Schedule D, line __**2.30**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Wells Fargo** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Davon Jermell White** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **2:24-bk-14190-NB** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                    12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed <br> ■ Not employed | ☐ Employed <br> ☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **0.00** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **0.00** | $ **N/A** |

| Debtor 1 | **Davon Jermell White** | Case number (*if known*) | **2:24-bk-14190-NB** |
|---|---|---|---|

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $          0.00 | $          N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $          0.00 | $          N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $          0.00 | $          N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $          0.00 | $          N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $          0.00 | $          N/A |
| 5e. | Insurance | 5e. | $          0.00 | $          N/A |
| 5f. | Domestic support obligations | 5f. | $          0.00 | $          N/A |
| 5g. | Union dues | 5g. | $          0.00 | $          N/A |
| 5h.+ | Other deductions. Specify: | 5h.+ | $          0.00  + | $          N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   **6.**   $          0.00      $          N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   **7.**   $          0.00      $          N/A

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $          1,753.00 | $          N/A |
| 8b. | **Interest and dividends** | 8b. | $          0.00 | $          N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $          0.00 | $          N/A |
| 8d. | **Unemployment compensation** | 8d. | $          0.00 | $          N/A |
| 8e. | **Social Security** | 8e. | $          0.00 | $          N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $          0.00 | $          N/A |
| 8g. | **Pension or retirement income** | 8g. | $          0.00 | $          N/A |
| 8h.+ | **Other monthly income. Specify:**   **General Relief** | 8h.+ | $          291.00  + | $          N/A |
| | **Food Stamps** | | $          200.00 | $          N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   **9.**   $          2,244.00      $          N/A

10. **Calculate monthly income.** Add line 7 + line 9.   **10.**   $          2,244.00   + $          N/A   = $          2,244.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:   **11.**   +$          0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   **12.**   $          2,244.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Davon Jermell White** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **2:24-bk-14190-NB** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ **6,300.00**

   **If not included in line 4:**

   | | | | |
   |---|---|---|---|
   | 4a. | Real estate taxes | 4a. $ | **0.00** |
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **200.00** |
   | 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ **1,500.00**

| Debtor 1 | **Davon Jermell White** | Case number (if known) | **2:24-bk-14190-NB** |
|---|---|---|---|

6. **Utilities:**
| | | | |
|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. $ | **250.00** |
| 6b. | Water, sewer, garbage collection | 6b. $ | **100.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **135.00** |
| 6d. | Other. Specify: | 6d. $ | **0.00** |

7. **Food and housekeeping supplies** — 7. $ **291.00**

8. **Childcare and children's education costs** — 8. $ **0.00**

9. **Clothing, laundry, and dry cleaning** — 9. $ **0.00**

10. **Personal care products and services** — 10. $ **0.00**

11. **Medical and dental expenses** — 11. $ **0.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments. — 12. $ **200.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**

14. **Charitable contributions and religious donations** — 14. $ **0.00**

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.
| | | | |
|---|---|---|---|
| 15a. | Life insurance | 15a. $ | **0.00** |
| 15b. | Health insurance | 15b. $ | **0.00** |
| 15c. | Vehicle insurance | 15c. $ | **150.00** |
| 15d. | Other insurance. Specify: | 15d. $ | **0.00** |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: — 16. $ **0.00**

17. **Installment or lease payments:**
| | | | |
|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. $ | **1,096.00** |
| 17b. | Car payments for Vehicle 2 | 17b. $ | **2,689.00** |
| 17c. | Other. Specify: | 17c. $ | **0.00** |
| 17d. | Other. Specify: | 17d. $ | **0.00** |

18. **Your payments of alimony, maintenance, and support that you did not report as
deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ **973.00**

19. **Other payments you make to support others who do not live with you.** — 19. $ **0.00**
Specify:

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. $ | **0.00** |
| 20b. | Real estate taxes | 20b. $ | **0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |

21. **Other:** Specify: — 21. +$ **0.00**

22. **Calculate your monthly expenses**
| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | **13,884.00** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **13,884.00** |

23. **Calculate your monthly net income.**
| | | | |
|---|---|---|---|
| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **2,244.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | **13,884.00** |
| 23c. | Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*. | 23c. $ | **-11,640.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.   | Explain here: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Davon Jermell White** |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:24-bk-14190-NB** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

| | |
|---|---|
| **Davon Jermell White** | X _____ |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date        6/11/24 | Date _____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Davon Jermell White** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:24-bk-14190-NB** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

☐ Married
■ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **4337 Marina City Drive Unit 349 Marina Del Rey, CA 90292** | From-To: **October 2018 - May 2023** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

| Debtor 1 | **Davon Jermell White** | | | Case number *(if known)* | **2:24-bk-14190-NB** |

| | **Debtor 1** | | **Debtor 2** | |
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2023 )** | ☐ Wages, commissions, bonuses, tips | $7,919.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Food Stamps and General Aid** | $1,964.00 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2023 )** | **Food Stamps and General Aid** | $1,000.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

■ No.  Go to line 7.
☐ Yes  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.
☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
| --- | --- | --- | --- | --- |

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | **2:24-bk-14190-NB** |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **American Express<br>vs Davon Jermell White<br>23SMCV01253** | **Credit Card<br>Collections** | **Superior Court of California<br>1725 Main Street<br>Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Los Angeles Child Support Services<br>5500 South Eastern Avenue<br>Los Angeles, CA 90040** | **Unified Bank Account**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **February 2024** | **$8.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

| Debtor 1 | **Davon Jermell White** | Case number *(if known)* | **2:24-bk-14190-NB** |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ■ No
- ☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ■ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person  Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ■ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600  Charity's Name  Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ■ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid  Address  Email or website address  Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Abacus Credit Counseling  15760 Ventura Blvd  Suite 700  Encino, CA 91436** | **Credit Counseling** | **April 3, 2024** | **$25.00** |
| **Andre A. Khansari, Esq.  KHANSARI LAW CORPORATION  16133 Ventura Blvd.  Suite 1200  Los Angeles, CA 90064  Pashuan Green** | **Installment on Attorneys' Fees** | **February 20, 2024** | **$4,000.00** |

Debtor 1   **Davon Jermell White**                                              Case number *(if known)*   **2:24-bk-14190-NB**

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Andre A. Khansari, Esq.<br>KHANSARI LAW CORPORATION<br>16133 Ventura Blvd.<br>Suite 1200<br>Encino, CA 91436<br>Pashuan Green | Installment on Attorneys' Fees | March 13, 2024 | $2,000.00 |
| Andre A. Khansari, Esq.<br>KHANSARI LAW CORPORATION<br>16133 Ventura Blvd.<br>Suite 1200<br>Encino, CA 91436<br>Pashuan Green | Installment on Attorneys' Fees | March 19, 2024 | $4,000.00 |
| Andre A. Khansari, Esq.<br>KHANSARI LAW CORPORATION<br>16133 Ventura Blvd.<br>Suite 1200<br>Encino, CA 91436<br>Pashuan Green | Installment on Attorneys' Fees | May 28, 2024 | $4,000.00 |
| Andre A. Khansari, Esq.<br>KHANSARI LAW CORPORATION<br>16133 Ventura Blvd.<br>Suite 1200<br>Encino, CA 91436<br>Pashuan Green | Installment on Attorneys' Fees | June 2, 2024 | $6,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1    **Davon Jermell White**                                          Case number *(if known)*    **2:24-bk-14190-NB**

---

**Part 8:**    **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|
| | | | |

---

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

---

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page **6**

| Debtor 1    **Davon Jermell White** | Case number *(if known)*    **2:24-bk-14190-NB** |
|---|---|

**25.** **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

### Part 11:    Give Details About Your Business or Connections to Any Business

**27.** **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Prestige Elite Management Inc<br>2501 Lincoln Blvd<br>Venice, CA 90291** | **Luxury Car Rental and Lifestyle<br>consultant; Currently inactive.**<br><br>**Kevin Jacobs<br>4187 Flat Rock Dr  Suite 300<br>Riverside CA 92505** | EIN:    **82-4116994**<br><br>From-To    **1/23/2018 to Present** |
| **Money King Check Cashing<br>Incorporated<br>2501 Lincoln Blvd<br>Venice, CA 90291** | **Payday check cashing and luxury<br>car leasing. Inactive and no<br>longer operating.**<br><br>**Kevin Jacobs<br>4187 Flat Rock Dr  Suite 300<br>Riverside CA 92505** | EIN:    **46-2291556**<br><br>From-To    **2013-Present** |

**28.** **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

### Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection

Debtor 1    **Davon Jermell White** _____    Case number *(if known)* **2:24-bk-14190-NB**

**with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.**

_____

**Davon Jermell White** _____    **Signature of Debtor 2**
**Signature of Debtor 1**

**Date**  06/10/24 _____    **Date** _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|  | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|  | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Chapter 12: Repayment plan for family farmers or fishermen**

|   |        |                    |
|---|--------|--------------------|
|   | $200   | filing fee         |
| + | $78    | administrative fee |
|   | $278   | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

**Chapter 13: Repayment plan for individuals with regular income**

|   |        |                    |
|---|--------|--------------------|
|   | $235   | filing fee         |
| + | $78    | administrative fee |
|   | $313   | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

<div style="border: 1px solid gray; background: #e0e0e0;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re   **Davon Jermell White**                                           Case No.   **2:24-bk-14190-NB**

                                          Debtor(s)          Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .......................................... $             **20,000.00**

    Prior to the filing of this statement I have received ............................ $             **20,000.00**

    Balance Due .............................................................................. $                 **0.00**

2.  $ __**1,738.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):     **via Pashuan Green Debtor's girlfriend**

4.  The source of compensation to be paid to me is:

    ☐ Debtor    ■ Other (specify):     **via Pashuan Green Debtor's girlfriend**

5.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **Andre A. Khansari, Esq.
    transfered $10,000.00 of the retainer to Havkin & Shrago and the balance is in the process of being transfered to
    Havkin & Shrago where Andre A. Khansari, Esq proposes to work as of counsel for Havkin & Shrago.**

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtor in any adversary proceeding or matters requiring an evidentiary hearing.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June 10, 2024**                           **/s/ Stella Havkin Esq.**

*Date*                                       **Stella Havkin,Esq**
                                             *Signature of Attorney*
                                             **HAVKIN & SHRAGO ATTORNEYS AT LAW**
                                             **5950 Canoga Avenue**
                                             **Suite 400**
                                             **Woodland Hills, California  91367**
                                             **(818) 999-1568  Fax: (818) 293-2414**
                                             **stella@havkinandshrago.com**
                                             *Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Stella Havkin, Esq.**
**5950 Canoga Avenue**
**Suite 400**
**Woodland Hills, California 91367**
**(818) 999-1568 Fax: (818) 293-2414**
California State Bar Number: **134334 CA**
stella@havkinandshrago.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Davon Jermell White**

CASE NO.: **2:24-bk-14190-NB**

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __10__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___6/11/24___

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __June 10, 2024__

**/s/ Stella Havkin, Esq**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                **F 1007-1.MAILING.LIST.VERIFICATION**