United States Bankruptcy Court

Central District of California

In re:  Case No. 24-14190-NB

Davon Jermell White  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 5

Date Rcvd: Aug 29, 2024      Form ID: 309A      Total Noticed: 96

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Davon Jermell White, 6120 Flight Avenue, Los Agneles, CA 90056-1510 |
| tr | + | John-Patrick McGinnis Fritz (TR), 2818 La Cienega Avenue, Los Angeles, CA 90034-2618 |
| 41988940 | + | Alana B. Anaya, Anaya Law Group, 2629 Townsgate Road, Suite 140, Westlake Village, CA 91361-2984 |
| 42026849 | + | Broadway Advance LLC, c/o Rennie Gardner, 7697 21st Avenue, Sacramento, CA 95820-6146 |
| 42036866 | + | Broadway Advance LLC, c/o The LLC, 39 Broadway, 9th Floor, New York, NY 10006-3094 |
| 41988957 | + | Broadway Advance LLC, 241 37th Street, Brooklyn, NY 11232-2417 |
| 41988956 | + | Broadway Advance LLC, 39 Broadway, Suite 930, New York, NY 10006-3080 |
| 41988959 | | CBNA, P.O. Box 6597, Sioux Falls, SD 57117 |
| 41988967 | + | FCC Finance, 16479 Dallas Parkway, Suite 260, Addison, TX 75001-6939 |
| 42031311 | + | FCC Finance, LLC svcr for WF HIL 2020-1 Grantor Tr, PO Box 795489, Dallas, TX 75379-5489 |
| 41988974 | | JPMorgan Chase Bank N.A., 111 Polaris Parkway, Columbus, OH 43240 |
| 41988977 | + | LA County Child Support Services, 5500 South Eastern Avenue, Los Angeles, CA 90040-2947 |
| 41988978 | | Logix FCU, 150 Woodfield Drive, Suite 400E, Schaumburg, IL 60173 |
| 41988983 | | Logix Federal Credit Union, 1501 Woodfield Road, Schaumburg, IL 60173-6052 |
| 41988986 | + | Luxury Auto, 4163 Lincoln Blvd., Marina Del Rey, CA 90292-5615 |
| 41988987 | + | Navy Federal Credit Union, c/o Silverman Theologu LLP, 11630 Chayote Street, Suite 3, Los Angeles, CA 90049-3340 |
| 41988989 | + | Nextera Energy Inc, 700 Universe Blvd., North Palm Beach, FL 33408-2657 |
| 41988990 | + | Powersport Financial, 14555 Keswick Street, Van Nuys, CA 91405-1202 |
| 41988991 | + | Queen Funding LLC, c/o Law Offices of Todd Haines, 30495 Canwood Street, Suite 100, Agoura Hills, CA 91301-4331 |
| 41988993 | + | Queen Funding LLC, 101 Chase Avenue, Suite 208, Lakewood, NJ 08701-4762 |
| 41988994 | | Queen Funding LLC, 200 Central Avenue, Farmingdale, NJ 07727-3788 |
| 41988992 | | Queen Funding LLC, 4221 Cedar Lake Drive, Lakewood, NJ 08701 |
| 41989001 | + | Transworld Systems Inc., P.O. Box 1864, Santa Rosa, CA 95402-1864 |
| 41989005 | + | TruHome Solutions, 6330 Sprint Parkway, Suite 200, Leawood, KS 66211-1220 |
| 41989008 | + | University CU/Truhome, 9601 Legler Road, Lenexa, KS 66219-1292 |
| 42048950 | + | University Credit Union, c/o TruHome Solutions, 6330 Sprint Parkway, Ste 200, Overland Park, KS 66211, bankruptcy@truhome.com 66211-1220 |
| 41989007 | + | University Credit Union, 2629 Townsgate Road, Suite 140, Westlake Village, CA 91361-2984 |
| 41989009 | + | V & E Inc DBA Powersport Financial, 14555 Keswick Street, Van Nuys, CA 91405-1202 |
| 41989010 | + | Viet-Son Le and Pasya Fong, 19143 Hamilton Avenue, Gardena, CA 90248-4401 |
| 41989013 | | WF HIL 2017-2 Grantor Trust, P.O. Box 795489, Dallas, TX 75379-5489 |
| 41989012 | + | WF HIL 2017-2 Grantor Trust, Wilmington Savings Fund Society, 500 Delaware Avenue, 11th Floor, Wilmington, DE 19801-1490 |
| 42029970 | + | Wells Fargo Bank c/o Browning Law Group, 18881 Von Karman Ave., Suite 370, Irvine, CA 92612-6589 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: stella@havkinandshrago.com | Aug 30 2024 00:48:00 | Stella A Havkin, Havkin & Shrago, 5950 Canoga Avenue, Suite 400, Woodland Hills, CA 91367 |
| tr | + EDI: QJMRUND.COM | Aug 30 2024 04:37:00 | Jason M Rund (TR), Sheridan & Rund, 270 Coral Circle, El Segundo, CA 90245-4617 |
| tr | + EDI: FTJYOO | Aug 30 2024 04:37:00 | Timothy Yoo (TR), Levene Neale Bender Yoo & Golubchik, 2818 La Cienega Avenue, Los Angeles, CA 90034-2618 |
| smg | EDI: EDD.COM | | |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| smg | Email/Text: finance.bankruptcy@lacity.org | Aug 30 2024 04:37:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| | | Aug 30 2024 00:48:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42004050 | + EDI: AISACG.COM | Aug 30 2024 04:37:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 41988941 | + EDI: GMACFS.COM | Aug 30 2024 04:37:00 | Ally Financial, Attn: Bankruptcy, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 42036867 | + EDI: GMACFS.COM | Aug 30 2024 04:37:00 | Ally Financial, 200 Renaissance Ctr #B0, Detroit, MI 48243-1300 |
| 41988942 | + EDI: GMACFS.COM | Aug 30 2024 04:37:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 41988944 | + Email/PDF: bncnotices@becket-lee.com | Aug 30 2024 01:07:44 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 41988943 | + Email/PDF: bncnotices@becket-lee.com | Aug 30 2024 01:07:47 | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 41988945 | + Email/PDF: bncnotices@becket-lee.com | Aug 30 2024 00:57:32 | American Express Head Office, World Financial Center, 200 Vesey Street, New York, NY 10285-1000 |
| 41988946 | + Email/PDF: bncnotices@becket-lee.com | Aug 30 2024 01:07:58 | American Express National Bank, 115 W. Towne Ridge Parkway, Sandy, UT 84070-5511 |
| 42012400 | Email/PDF: bncnotices@becket-lee.com | Aug 30 2024 01:08:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41988947 | EDI: AQUAFINANCE.COM | Aug 30 2024 04:37:00 | Aqua Finance, P.O. Box 844, Wausau, WI 54402-0844 |
| 41988948 | + EDI: AQUAFINANCE.COM | Aug 30 2024 04:37:00 | Aqua Finance Inc., 1 Corporate Drive, Suite 300, Wausau, WI 54401-1724 |
| 41988950 | EDI: BMW.COM | Aug 30 2024 04:37:00 | BMW Financial Services, 5515 Parkcenter Drive, Dublin, OH 43017 |
| 41988952 | EDI: BMW.COM | Aug 30 2024 04:37:00 | BMW Financial Services, PO Box 3608, Dublin, OH 43016-0306 |
| 41988953 | EDI: BMW.COM | Aug 30 2024 04:37:00 | BMW Financial Services, 5550 Britton Parkway, P.O. Box 2071996, Hilliard, OH 43026-7456 |
| 41988951 | EDI: BMW.COM | Aug 30 2024 04:37:00 | BMW Financial Services, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 41988954 | + EDI: AISACG.COM | Aug 30 2024 04:37:00 | BMW Financial Services NA, LLC, P.O. Box 201347, Arlington, TX 76006-1347 |
| 41988949 | + EDI: CITICORP | Aug 30 2024 04:37:00 | Bestbuy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 41988955 | + Email/Text: assistant@collectionatlaw.com | Aug 30 2024 00:49:00 | Broadway Advance LLC, c/o Collection at Law Inc., 3835R East Thousand Oaks Blvd, PMB 349, Thousand Oaks, CA 91362-6622 |
| 41988958 | EDI: CITICORP | Aug 30 2024 04:37:00 | CBNA, 50 Northwest Point, Elk Grove Village, IL 60007 |
| 41988960 | + Email/Text: dl-csgbankruptcy@charter.com | Aug 30 2024 00:49:00 | Charter Communications, 400 Washington Blvd., Stamford, CT 06902-6641 |
| 41988961 | + Email/Text: CantonRecoveryGroup@cbna.com | Aug 30 2024 00:49:00 | Community Bank, N.A, 45-49 Court Street, Canton, NY 13617-1179 |
| 41988962 | + Email/Text: bankruptcy@connexuscu.org | Aug 30 2024 00:49:00 | Connexus Credit Union, 1 Corporate Drive, Suite 700, Wausau, WI 54401-1725 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 41988964 | | EDI: DISCOVER | Aug 30 2024 04:37:00 | Discover Bank, P.O. Box 15316, Att: CMS/Prod Develop, Wilmington, DE 19850-5316 |
| 41988963 | + | EDI: DISCOVER | Aug 30 2024 04:37:00 | Discover Bank, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 41988965 | + | EDI: DISCOVER | Aug 30 2024 04:37:00 | Discover Card, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 41988966 | + | EDI: EDD.COM | Aug 30 2024 04:37:00 | Employment Development Department, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 42012421 | + | Email/Text: Bankruptcy@fpl.com | Aug 30 2024 00:48:00 | Florida Power & Light, 4200 W FLAGLER ST, RRD/LFO-BKY, CORAL GABLES, FL 33134-1606 |
| 41988968 | | EDI: CALTAX.COM | Aug 30 2024 04:37:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41988969 | + | Email/Text: bankruptcy@gurstel.com | Aug 30 2024 00:48:00 | Gurstell Law Firm , P.C., 9320 East Raintree Drive, Scottsdale, AZ 85260-2098 |
| 41988970 | | EDI: LCIICSYSTEM | Aug 30 2024 04:37:00 | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 41988971 | | EDI: IRS.COM | Aug 30 2024 04:37:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 41988972 | | EDI: JPMORGANCHASE | Aug 30 2024 04:37:00 | JPMCB - Card Services, 301 N. Walnut Sreet, 9th Floor, Wilmington, DE 19801-3935 |
| 41988973 | | EDI: JPMORGANCHASE | Aug 30 2024 04:37:00 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850 |
| 41988975 | + | Email/Text: bankruptcydept@kinecta.org | Aug 30 2024 00:49:00 | Kinecta FCU, P.O. Box 1003, Manhattan Beach, CA 90267-1003 |
| 41988976 | + | Email/Text: bankruptcydept@kinecta.org | Aug 30 2024 00:49:00 | Kinecta Federal Credit Union, 1440 Rosecrans Avenue, Manhattan Beach, CA 90266-3702 |
| 41988985 | | Email/Text: bankruptcy@ttc.lacounty.gov | Aug 30 2024 00:48:00 | Los Angeles County Tax Collector, PO Box 54110, Los Angeles, CA 90054 |
| 41988979 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Aug 30 2024 00:49:00 | Logix FCU, P.O. Box 6759, Burbank, CA 91510-6759 |
| 41988980 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Aug 30 2024 00:49:00 | Logix FCU/Dovenmuehle, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 41988984 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Aug 30 2024 00:49:00 | Logix Federal Credit Union, 2340 Hollywood Way, Burbank, CA 91505-1124 |
| 41988981 | + | Email/Text: bankruptcyonlinefilings@lfcu.com | Aug 30 2024 00:49:00 | Logix Federal Credit Union, 27918 Franklin Parkway, Valencia, CA 91355-6019 |
| 41988982 | + | Email/Text: bankruptcyonlinefilings@lfcu.com | Aug 30 2024 00:49:00 | Logix Federal Credit Union, P.O. Box 4070, Castaic, CA 91310-4070 |
| 42081605 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Aug 30 2024 00:49:00 | Logix Federal Credit Union, Attention Bankruptcy Department, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 42052162 | + | Email/Text: bankruptcy@silvermanlegal.com | Aug 30 2024 00:49:00 | Navy Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 41988988 | + | EDI: NFCU.COM | Aug 30 2024 04:37:00 | Navy Federal Credit Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 42045911 | | EDI: PRA.COM | Aug 30 2024 04:37:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 42032353 | | EDI: Q3G.COM | Aug 30 2024 04:37:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 41988999 | + | EDI: SYNC | Aug 30 2024 04:37:00 | SYNCB/Lowes, P.O. Box 71727, Philadelphia, PA 19176-1727 |
| 41988996 | | EDI: CALTAX.COM | Aug 30 2024 04:37:00 | State of California, Franchise Tax Board, Special Procedures Section, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41988995 | | EDI: CALTAX.COM | Aug 30 2024 04:37:00 | State of California, Franchise Tax Board, P.O. Box 942867, Sacramento, CA 94267-0011 |
| 41988998 | + | EDI: SYNC | Aug 30 2024 04:37:00 | Syncb/Lowes, 4125 Winward Plaza, Alpharetta, GA 30005-8738 |
| 41988997 | + | EDI: SYNC | Aug 30 2024 04:37:00 | Syncb/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 42078286 | | EDI: AIS.COM | Aug 30 2024 04:37:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 41989000 | + | EDI: SYNC | Aug 30 2024 04:37:00 | Synchrony Bank, 170 W. Election Road, Suite 125, Draper, UT 84020-6425 |
| 41989003 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 30 2024 00:49:00 | Transworld Systems I, P.O. Box 15270, Wilmington, DE 19850-5270 |
| 41989002 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 30 2024 00:49:00 | Transworld Systems Inc., P.O. Box 15283, Wilmington, DE 19850-5283 |
| 41989004 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 30 2024 00:49:00 | Transworld Systems Inc., 500 Virginia Drive, Fort Washington, PA 19034-2733 |
| 41989006 | | Email/Text: bknotices@ucu.org | Aug 30 2024 00:48:00 | University Credit Union, Attn: Bankruptcy, 1500 S Sepulveda Blvd, Los Angeles, CA 90025 |
| 41989011 | + | EDI: WFFC | Aug 30 2024 04:37:00 | Wells Fargo, Office of General Counsel, 21680 Gateway Center Drive, Suite 280, Diamond Bar, CA 91765-2456 |
| 41989014 | | Email/Text: bankruptcyxfcu@kinecta.org | Aug 30 2024 00:48:00 | Xceed Financial FCU, 2200 East Grand Street, El Segundo, CA 90245-2836 |

TOTAL: 64

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | CASE REOP/CONV/OR CLOSED WITHOUT A TRUSTEE |
| 42040132 | | Ferrari Financial Services, Inc. |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024            Signature:    /s/Gustava Winters

| District/off: 0973-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Aug 29, 2024 | Form ID: 309A | Total Noticed: 96 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor BMW Financial Services NA  LLC, c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Amitkumar Sharma | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Andre A Khansari | on behalf of Interested Party Courtesy NEF andre@khansarilaw.com  legal@khansarilaw.com |
| Daniel K Fujimoto | on behalf of Interested Party Courtesy NEF ecf@steelellp.com  rsoriano@steelellp.com |
| Dare Law | on behalf of U.S. Trustee United States Trustee (LA) dare.law@usdoj.gov |
| Genail Nemovi | on behalf of Creditor University Credit Union ecfnotify@nemovilawgroup.com |
| Jason M Rund (TR) | trustee@srlawyers.com  jrund@ecf.axosfs.com |
| Reilly D Wilkinson | on behalf of Creditor FERRARI FINANCIAL SERVICES  INC., its successors and/or assignees rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com |
| Stella A Havkin | on behalf of Debtor Davon Jermell White stella@havkinandshrago.com  shavkinesq@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Yvonne Ramirez-Browning | on behalf of Creditor Wells Fargo Bank c/o Browning Law Group yvonne@browninglawgroup.com  veronica@browninglawgroup.com |

TOTAL: 11

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Davon Jermell White <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–3527 |
| | | EIN: | __–_____ |
| Debtor 2: <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Central District of California | Date case filed in chapter: | 11    5/28/24 |
| Case number: | 2:24–bk–14190–NB | Date case converted to chapter: | 7    8/26/24 |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  05/24

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Davon Jermell White | |
| 2. | All other names used in the last 8 years | aka Darrin White, aka Devin White, aka Deven White | |
| 3. | Address | 6120 Flight Avenue <br> Los Agneles, CA 90056 | |
| 4. | Debtor's attorney <br> Name and address | Stella A Havkin <br> Havkin & Shrago <br> 5950 Canoga Avenue, Suite 400 <br> Woodland Hills, CA 91367 | Contact phone 818–999–1568 <br> Email _____ |
| 5. | Bankruptcy trustee <br> Name and address | CASE REOP/CONV/OR CLOSED WITHOUT A TRUSTEE | Contact phone _____ <br> Email _____ |

104/DG

**For more information, see pages 2 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

Debtor **Davon Jermell White**          Case number **2:24–bk–14190–NB**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 255 East Temple Street, <br> Los Angeles, CA 90012 | Hours Open:  9:00 AM – 4:00 PM <br><br> Contact phone 855–460–9641 <br><br> Dated: 8/29/24 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 17, 2024 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location: <br><br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 377 810 4184, and Passcode 9476458731, OR call 1 213 592 2312** <br><br> For additional meeting information go to https://www.justice.gov/ust/moc. |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/18/24** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**For more information, see pages 1 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**

| | | |
|---|---|---|
| **13. Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. | |
| **14. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. | |
| **15. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. | |

**For more information, see pages 1 and 2 >**