JASON M. RUND, TRUSTEE
Email: trustee@srlawyers.com
270 Coral Circle
El Segundo, CA 90245

Telephone:  (310) 640-1200
Facsimile:  (310) 640-0200

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In Re:

DAVON JERMELL WHITE,

Debtor.

Case No.: 2:24-14190-NB

24141902

Chapter: 7

NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)]

COUNSEL: STELLA A HAVKIN
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 08/05/25 at 01:30 PM via Zoom video meeting. Go to www.Zoom.us/join, Enter Meeting ID 377 810 4184, and Passcode 9476458731, for the reason set forth below:

☐ You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, the Trustee will request that the court dismiss the case pursuant to Local Bankruptcy Rule 1017-2(b).

☐ You failed to provide proper picture I.D. and/or original proof of Social Security Number at the 341(a) meeting previously scheduled in your matter.

☒ Additional documents have been requested. The Trustee may require further information and if so, you will be contacted. Failure to provide requested documentation may result in a motion to dismiss your case filed by the Trustee.
   ☐ 2 years tax returns      ☐ 1 year bank statement      ☐ Other

☐ Amend Schedule A, B, C, D, E, F, G, H, I, J

☐ Amend Statement of Related Cases

☐ Amend Statement of Financial Affairs

☒ Lamborghini pictures

Dated:  July 14, 2025

/s/ Jason M. Rund
JASON M. RUND, TRUSTEE

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on July 14, 2025.

DAVON JERMELL WHITE
6120 FLIGHT AVENUE
LOS ANGELES, CA 90056

STELLA A HAVKIN
Via CM/ECF

/s/ Laura Gitnick